| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Swain, Laura T. | 2. Court or Organization<br><br>US District Court - SDNY | 3. Date of Report<br><br>08/02/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Stret
Suite 1640
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Havens Relief Fund Society |
| 2. Trustee | Trust No. 1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Benjamin N. Cardozo Law School - Teaching | $14,875.00 |
| 2. 2016 | Aspen Institute - Compensation for teaching/facilitating multi-session seminar | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | ▨ - Salary and bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Aspen Institute | 7/2-7/11/2016 | Aspen, CO | Teach/facilitate Justice & Society Seminar | Transportation, Food, Lodging |
| 2. | Just the Beginning-A Pipeline Organization | 9/15-9/18-2016 | New York, NY | Lead/participate in educational programs and conference | Food, Lodging, Local Transporation |
| 3. | National Conference of Bankruptcy Judges | 10/26-30-2016 | San Francisco, CA | Speak at conference educational program | Transportation, Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/02/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HSBC Bank - account | B | Interest | L | T | | | | | |
| 2. Charles Schwab Rollover IRA (H) | | | | | | | | | |
| 3. - Schwab Cash Reserves Sweep Shares | A | Dividend | J | T | Sold (part) | 01/14/16 | J | | |
| 4. - " | | | | | Sold (part) | 02/08/16 | J | | |
| 5. - " | | | | | Buy (add'l) | 02/12/16 | J | | |
| 6. - " | | | | | Sold (part) | 12/19/16 | J | | |
| 7. - IShares Bond ETF Agency Bond (AGZ) | A | Dividend | J | T | | | | | |
| 8. - Powershares Senior Loan ETF (BKLYN) | A | Dividend | J | T | Buy | 10/24/16 | J | | |
| 9. - Deutsch X Trks MSCI EAFEHDG EQY ETF (DBEF) | A | Dividend | | | Sold (part) | 04/20/16 | J | | |
| 10. - " | | | | | Sold | 06/30/16 | J | | |
| 11. - Wisdomtree Japan Hedged Equity ETF (DXJ) | A | Dividend | J | T | Buy | 12/14/16 | J | | |
| 12. - IShares China Large-Cap ETF (FXI) | | None | | | Sold | 02/03/16 | J | | |
| 13. - PIMCO ETF 0-5 YR High Yield Corp Bond Index Exchange (HYS) | A | Dividend | | | Sold | 06/30/16 | J | A | |
| 14. - IShares 7-10 YR TRSURYBOND ETF (IEF) | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 15. - " | | | | | Sold (part) | 12/14/16 | J | | |
| 16. - IShares TR Bond 3-7 Yr Treas Bond ETF (IEI) | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 17. - IShares ETF Core MSCI Emerging Mkts (IEMG) | A | Dividend | J | T | Buy | 02/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IShares TR Russell 1000 ETF (IWB) | A | Dividend | K | T | Buy | 02/10/16 | J | | |
| 19. - IShares Russell Microcap ETF (IWC) | A | Dividend | J | T | | | | | |
| 20. - IShares Tr Russell 2000 ETF (IWM) | A | Dividend | K | T | Buy | 01/11/16 | J | | |
| 21. - SPDR Barclays ETF High Yld Very Liquid Index (JNK) | A | Dividend | J | T | | | | | |
| 22. - IShares IBOXX Investment Grade Corporate Bond ETF (LQD) | A | Dividend | J | T | | | | | |
| 23. - Powershares DB Optm Yld Dvrsfd Strtg ETF (PDBC) | A | Dividend | J | T | Sold (part) | 04/06/16 | J | | |
| 24. - SPDR Dow Jones REIT (RWR) | A | Dividend | J | T | Sold (part) | 01/11/16 | J | | |
| 25. - " | | | | | Sold (part) | 12/14/16 | J | | |
| 26. - IShares Trust MSCI EAFE Small-Cap ETF (SCZ) | A | Dividend | J | T | | | | | |
| 27. - Highland IBOXX ETF Senior Loan (SNLN) | A | Dividend | | | Sold (part) | 06/30/16 | J | A | |
| 28. - " | | | | | Sold | 10/24/16 | J | | |
| 29. - Flexshares Exg Trd FD IBOXX 5 yr TGT Dur TIPS Index Fund (TDTF) | A | Dividend | J | T | | | | | |
| 30. - IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 31. - IShares MSCI ETF Minimum Volatility (USMV) | A | Dividend | J | T | Buy | 02/03/16 | J | | |
| 32. - " | | | | | Buy (add'l) | 04/20/16 | J | | |
| 33. - " | | | | | Buy (add'l) | 06/30/16 | J | | |
| 34. - Vanguard FTSE ETF Dev Mkts (VEA) | B | Dividend | K | T | Buy | 01/11/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Vanguard Mtrg-Backd ETF Mortg-Backed Secs (VMBS) | A | Dividend | K | T | Buy | 01/11/16 | K | | |
| 36. - Sector SPDR Fincl SelectShares of Beneficial Int (XLF) | A | Dividend | | | Sold | 06/30/16 | J | A | |
| 37. - Sector SPDR Consumer FD Shares of Beneficial Int (XLY) | | None | | | Sold | 02/10/16 | J | | |
| 38. ▓▓▓▓▓ 401(k) Plan (H) | | | | | | | | | |
| 39. -Vanguard Mid-Cap Index Fund | A | Dividend | K | T | | | | | |
| 40. - Vanguard Total Stock Mkt Index Fund | B | Dividend | L | T | | | | | |
| 41. -American Funds Growth Fund | A | Dividend | J | T | | | | | |
| 42. - American Funds New Perspective | A | Dividend | J | T | | | | | |
| 43. - American Funds Bond Fund Am | A | Dividend | K | T | | | | | |
| 44. - Eagle Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 45. - JP Morgan Equity Income Fund | B | Dividend | L | T | | | | | |
| 46. - Neuberger Berman High Inc. Bond Fund | A | Dividend | K | T | | | | | |
| 47. - Voya Fixed Account | B | Interest | K | T | | | | | |
| 48. ▓▓▓ Corporation Profit Sharing Plan | | None | K | T | | | | | |
| 49. ▓▓▓ Corp. Employees Stock Ownership Plan | | None | K | T | | | | | |
| 50. Citibank interest bearing accounts | A | Interest | K | T | | | | | |
| 51. Citibank Rollover IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -FDIC insured deposits | A | Interest | | | Closed | 10/12/16 | J | | |
| 53. - Dreyfus Liquid Assets Cl 2 (Money Market) (X) | A | Interest | | | Sold | 10/06/16 | J | | |
| 54. - Western Asset Instl Govt MMF | A | Interest | J | T | Buy | 10/06/16 | J | | |
| 55. - " | | | | | Buy (add'l) | 11/09/16 | J | | |
| 56. - " | | | | | Buy (add'l) | 12/30/16 | J | | |
| 57. -Vanguard Bd Index Fd Inc Total Bd Market ETF (BND) | A | Dividend | J | T | Buy (add'l) | 03/01/16 | J | | |
| 58. - " | A | Distribution | | | Buy (add'l) | 04/12/16 | J | | |
| 59. Vanguard Charlotte Funds Total Intl Bd Index Fund ETF (BNDX) | A | Dividend | J | T | Sold (part) | 03/01/16 | J | A | |
| 60. - " | | | | | Buy | 04/12/16 | J | | |
| 61. - Deutsche X-Trackers MCSI EAFE Hedged Equity ETF (DBEF) | A | Dividend | | | Sold | 08/04/16 | J | | |
| 62. - IShares Tr JP Morgan USD Emerging Mkts Bd ETF (EMB) | A | Dividend | J | T | | | | | |
| 63. -IShares TR Russell 1000 Value ETF (IWD) | A | Dividend | K | T | Buy | 03/01/16 | J | | |
| 64. - " | | | | | Sold (part) | 04/12/16 | J | | |
| 65. - | | | | | Sold (part) | 08/04/16 | J | A | |
| 66. -IShares TR Russell 1000 Growth ETF (IWF) | A | Dividend | J | T | Buy | 03/01/16 | J | | |
| 67. - " | | | | | Sold (part) | 04/12/16 | J | A | |
| 68. -IShares TR Russell 2000 Value ETF (IWN) | A | Dividend | J | T | Sold (part) | 03/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IShares TR Russell 2000 Growth ETF (IWO) | A | Dividend | J | T | Sold (part) | 03/01/16 | J | | |
| 70. -SPDR SER TR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | | | | | |
| 71. PIMCO ETF TR Enhanced Short Mat ETF (MINT) | A | Dividend | | | Buy | 08/04/16 | J | | |
| 72. -" | | | | | Sold | 11/03/16 | J | A | |
| 73. IShares MSCI USA Minimum Volatility ETF (USMV) | A | Dividend | K | T | Buy | 04/12/16 | K | | |
| 74. -Vanguard TaxManaged Intl Fd FTSE (VEA) | B | Dividend | K | T | Sold (part) | 04/12/16 | J | | |
| 75. - " | | | | | Buy | 08/04/16 | J | | |
| 76. -Vanguard Intl Equity Index Fds FTSE (VWO) | A | Dividend | K | T | Sold (part) | 04/12/16 | J | | |
| 77. - " | | | | | Buy (add'l) | 08/04/16 | J | | |
| 78. Nationwide Bank CD | A | Interest | | | Closed | 11/22/16 | L | | |
| 79. Synchrony Bank Deposit Account | A | Interest | L | T | Open | 12/29/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(Part I, line 2)  The Trust has no reportable assets.

(Part VII, line 48) The investments of this profit sharing plan are not participant-directed and the positions held by the plan are not reported in the statements issued to participants.

(Part VII, line 49) The investments of this ESOP, which was established in 2009, are not participant-directed.  The information reported is the most recent available information, which is as of 12/31/2015.

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/02/2017 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura T. Swain**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544